# Exhibit C

| Domain | Registrant | URL |
|---|---|---|
| ashleychair.com | Jon Parks | http://www.ashleychair.com |
| ashleyflorida.com | Jon Parks | http://www.ashleyflorida.com |
| ashleyfurni.com | Jon Parks | http://www.ashleyfurni.com |
| ashleyfurnitureashleyfurniture.com | Jon Parks | http://www.ashleyfurnitureashleyfurniture.com |
| ashleyfurniturefurniturestore.com | Jon Parks | http://www.ashleyfurniturefurniturestore.com |
| ashleygeorgia.com | Jon Parks | http://www.ashleygeorgia.com |
| ashleync.com | Jon Parks | http://www.ashleync.com |
| ashleynewjersey.com | Jon Parks | http://www.ashleynewjersey.com |
| ashleynewyork.com | Jon Parks | http://www.ashleynewyork.com |
| ashleynorthcarolina.com | Jon Parks | http://www.ashleynorthcarolina.com |
| ashleyone.com | Jon Parks | http://www.ashleyone.com |
| ashleywarehousefurniture.com | Jon Parks | http://www.ashleywarehousefurniture.com |
| ohioashley.com | Jon Parks | http://www.ohioashley.com |
| outletashleyfurniture.com | Jon Parks | http://www.outletashleyfurniture.com |
| theashleynewyork.com | Jon Parks | http://www.theashleynewyork.com |
| ashleyak.com | Jonathan Parks | http://www.ashleyak.com |
| ashleyalaska.com | Jonathan Parks | http://www.ashleyalaska.com |
| ashleyalbuquerque.com | Jonathan Parks | http://www.ashleyalbuquerque.com |
| ashleyarizona.com | Jonathan Parks | http://www.ashleyarizona.com |
| ashleyarlington.com | Jonathan Parks | http://www.ashleyarlington.com |
| ashleyatlanta.com | Jonathan Parks | http://www.ashleyatlanta.com |
| ashleyaz.com | Jonathan Parks | http://www.ashleyaz.com |
| ashleybaltimore.com | Jonathan Parks | http://www.ashleybaltimore.com |
| ashleybed.com | Jonathan Parks | http://www.ashleybed.com |
| ashleyboston.com | Jonathan Parks | http://www.ashleyboston.com |
| ashleyca.com | Jonathan Parks | http://www.ashleyca.com |
| ashleycalifornia.com | Jonathan Parks | http://www.ashleycalifornia.com |
| ashleycard.com | Jonathan Parks | http://www.ashleycard.com |
| ashleycharlotte.com | Jonathan Parks | http://www.ashleycharlotte.com |
| ashleyclick.com | Jonathan Parks | http://www.ashleyclick.com |
| ashleycolorado.com | Jonathan Parks | http://www.ashleycolorado.com |
| ashleycoloradosprings.com | Jonathan Parks | http://www.ashleycoloradosprings.com |
| ashleycolumbus.com | Jonathan Parks | http://www.ashleycolumbus.com |
| ashleyconnect.com | Jonathan Parks | http://www.ashleyconnect.com |
| ashleyconnecticut.com | Jonathan Parks | http://www.ashleyconnecticut.com |
| ashleycountry.com | Jonathan Parks | http://www.ashleycountry.com |
| ashleyct.com | Jonathan Parks | http://www.ashleyct.com |
| ashleyde.com | Jonathan Parks | http://www.ashleyde.com |
| ashleydealer.com | Jonathan Parks | http://www.ashleydealer.com |
| ashleydelaware.com | Jonathan Parks | http://www.ashleydelaware.com |
| ashleydesigner.com | Jonathan Parks | http://www.ashleydesigner.com |
| ashleydetroit.com | Jonathan Parks | http://www.ashleydetroit.com |
| ashleyelpaso.com | Jonathan Parks | http://www.ashleyelpaso.com |
| ashleyevent.com | Jonathan Parks | http://www.ashleyevent.com |
| ashleyexperience.com | Jonathan Parks | http://www.ashleyexperience.com |
| ashleyfirst.com | Jonathan Parks | http://www.ashleyfirst.com |

| | | |
|---|---|---|
| ashleyfl.com | Jonathan Parks | http://www.ashleyfl.com |
| ashleyfortworth.com | Jonathan Parks | http://www.ashleyfortworth.com |
| ashleyfresno.com | Jonathan Parks | http://www.ashleyfresno.com |
| ashleyhonolulu.com | Jonathan Parks | http://www.ashleyhonolulu.com |
| ashleyidaho.com | Jonathan Parks | http://www.ashleyidaho.com |
| ashleyillinois.com | Jonathan Parks | http://www.ashleyillinois.com |
| ashleyiowa.com | Jonathan Parks | http://www.ashleyiowa.com |
| ashleyjacksonville.com | Jonathan Parks | http://www.ashleyjacksonville.com |
| ashleykansascity.com | Jonathan Parks | http://www.ashleykansascity.com |
| ashleylasvegas.com | Jonathan Parks | http://www.ashleylasvegas.com |
| ashleylouisiana.com | Jonathan Parks | http://www.ashleylouisiana.com |
| ashleymassachusetts.com | Jonathan Parks | http://www.ashleymassachusetts.com |
| ashleymd.com | Jonathan Parks | http://www.ashleymd.com |
| ashleyme.com | Jonathan Parks | http://www.ashleyme.com |
| ashleymemphis.com | Jonathan Parks | http://www.ashleymemphis.com |
| ashleymi.com | Jonathan Parks | http://www.ashleymi.com |
| ashleymiami.com | Jonathan Parks | http://www.ashleymiami.com |
| ashleymichigan.com | Jonathan Parks | http://www.ashleymichigan.com |
| ashleymilwaukee.com | Jonathan Parks | http://www.ashleymilwaukee.com |
| ashleyminneapolis.com | Jonathan Parks | http://www.ashleyminneapolis.com |
| ashleyminnesota.com | Jonathan Parks | http://www.ashleyminnesota.com |
| ashleymissouri.com | Jonathan Parks | http://www.ashleymissouri.com |
| ashleymn.com | Jonathan Parks | http://www.ashleymn.com |
| ashleymo.com | Jonathan Parks | http://www.ashleymo.com |
| ashleyms.com | Jonathan Parks | http://www.ashleyms.com |
| ashleynashville.com | Jonathan Parks | http://www.ashleynashville.com |
| ashleynebraska.com | Jonathan Parks | http://www.ashleynebraska.com |
| ashleynevada.com | Jonathan Parks | http://www.ashleynevada.com |
| ashleynewhampshire.com | Jonathan Parks | http://www.ashleynewhampshire.com |
| ashleynewmexico.com | Jonathan Parks | http://www.ashleynewmexico.com |
| ashleynewyorkcity.com | Jonathan Parks | http://www.ashleynewyorkcity.com |
| ashleynm.com | Jonathan Parks | http://www.ashleynm.com |
| ashleynv.com | Jonathan Parks | http://www.ashleynv.com |
| ashleyoakland.com | Jonathan Parks | http://www.ashleyoakland.com |
| ashleyok.com | Jonathan Parks | http://www.ashleyok.com |
| ashleyoklahoma.com | Jonathan Parks | http://www.ashleyoklahoma.com |
| ashleyoklahomacity.com | Jonathan Parks | http://www.ashleyoklahomacity.com |
| ashleyor.com | Jonathan Parks | http://www.ashleyor.com |
| ashleypeople.com | Jonathan Parks | http://www.ashleypeople.com |
| ashleyphiladelphia.com | Jonathan Parks | http://www.ashleyphiladelphia.com |
| ashleyphoenix.com | Jonathan Parks | http://www.ashleyphoenix.com |
| ashleyportland.com | Jonathan Parks | http://www.ashleyportland.com |
| ashleyraleigh.com | Jonathan Parks | http://www.ashleyraleigh.com |
| ashleyrhodeisland.com | Jonathan Parks | http://www.ashleyrhodeisland.com |
| ashleyri.com | Jonathan Parks | http://www.ashleyri.com |
| ashleysacramento.com | Jonathan Parks | http://www.ashleysacramento.com |
| ashleysandiego.com | Jonathan Parks | http://www.ashleysandiego.com |

| Domain | Registrant | URL |
|---|---|---|
| ashleysanfrancisco.com | Jonathan Parks | http://www.ashleysanfrancisco.com |
| ashleysanjose.com | Jonathan Parks | http://www.ashleysanjose.com |
| ashleysc.com | Jonathan Parks | http://www.ashleysc.com |
| ashleyseattle.com | Jonathan Parks | http://www.ashleyseattle.com |
| ashleysf.com | Jonathan Parks | http://www.ashleysf.com |
| ashleysouthcarolina.com | Jonathan Parks | http://www.ashleysouthcarolina.com |
| ashleytn.com | Jonathan Parks | http://www.ashleytn.com |
| ashleytucson.com | Jonathan Parks | http://www.ashleytucson.com |
| ashleytulsa.com | Jonathan Parks | http://www.ashleytulsa.com |
| ashleyut.com | Jonathan Parks | http://www.ashleyut.com |
| ashleyutah.com | Jonathan Parks | http://www.ashleyutah.com |
| ashleyvermont.com | Jonathan Parks | http://www.ashleyvermont.com |
| ashleyvirginiabeach.com | Jonathan Parks | http://www.ashleyvirginiabeach.com |
| ashleyvt.com | Jonathan Parks | http://www.ashleyvt.com |
| ashleywa.com | Jonathan Parks | http://www.ashleywa.com |
| ashleywestvirginia.com | Jonathan Parks | http://www.ashleywestvirginia.com |
| ashleywi.com | Jonathan Parks | http://www.ashleywi.com |
| ashleywisconsin.com | Jonathan Parks | http://www.ashleywisconsin.com |
| ashleywv.com | Jonathan Parks | http://www.ashleywv.com |
| ashleywy.com | Jonathan Parks | http://www.ashleywy.com |
| ashleywyoming.com | Jonathan Parks | http://www.ashleywyoming.com |
| bedashley.com | Jonathan Parks | http://www.bedashley.com |
| bedsashley.com | Jonathan Parks | http://www.bedsashley.com |
| createashley.com | Jonathan Parks | http://www.createashley.com |
| discoverashley.com | Jonathan Parks | http://www.discoverashley.com |
| newashley.com | Jonathan Parks | http://www.newashley.com |
| sofaashley.com | Jonathan Parks | http://www.sofaashley.com |
| sofasashley.com | Jonathan Parks | http://www.sofasashley.com |
| visitashley.com | Jonathan Parks | http://www.visitashley.com |